**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert A Donald                                    CHAPTER 13
                    Debtor(s)

                                                          BKY. NO. 25-10252 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                Respectfully submitted,

                                /s/ *Denise Carlon*
                                Denise Carlon
                                27 Jan 2025, 18:24:14, EST

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322